IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROY V. BEARD                                                                                         PLAINTIFF

vs.                                        Civil No. 13-CV-1031

SHERIFF DAVID NORWOOD;
JOHN VOSS; OFFICER OPELT; and
OFFICER GEASTAM                                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 25, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Local Rules and the Court's orders and that Plaintiff has failed to prosecute this action. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge